UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                    :

In re                                           :   Chapter 11 Case No.

FIRST REPUBLIC GROUP REALTY, LLC :   09-_____ ( )

             Debtor.                       :

----------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1) AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3

       Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, First Republic Group Realty, LLC, as debtor and debtor in possession (the "Debtor"), respectfully represents as follows:

       1.      FRGR Managing Member LLC owns 100% of the Debtor.

       2.      The Debtor does not directly or indirectly own 10% or more of any class of equity interests in any corporation whose securities are publicly traded.

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

       I, the undersigned authorized officer of First Republic Group Realty, LLC, named as the debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of First Republic Group Realty, LLC submitted herewith and that it is true and correct to the best of my information and belief.

Dated: June 22, 2009

                                                                 By: Mark Stern
                                                                 Title: President